# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 13-MC-222-JWL-GLR |
| **DEFENDANT** | **TYPE OF PROCESS** |
| TIMOTHY J. DeHART | PETITION & SHOW CAUSE ORDER |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | TIMOTHY J. DeHART |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 1809 S. Arrowhead Drive, Olathe, KS 66062-2911 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher Allman
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
913-551-6730

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses All Telephone Numbers and Estimated Times Available For Service):
Fold                                                                                                                Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/ Christopher Allman | | 913-551-6730 | 08/23/13 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 31 | District to Serve No. 31 | Signature of Authorized USMS Deputy or Clerk | Date 8/23/13 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and Return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed us shown in "Remarks" the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Jody Blevins (daughter)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 8-28-13 | 1:05 | pm |

Signature of U.S Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $55.00 | $11.30 | | $66.30 | | $66.30 | |

REMARKS:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. • 13:MC-222-JUL-GLR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher
was received by me on *(date)* 8-24-2013.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Jody Blevins
_____ , a person of suitable age and discretion who resides there,
on *(date)* 8-28-2013 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 11.30 for travel and $ 55.00 for services, for a total of $ 66.30

I declare under penalty of perjury that this information is true.

Date: 09-03-2013

_____
Server's signature

William K Lynn CIDUSM
Printed name and title

500 State Ave Kansas City KS
Server's address

Additional information regarding attempted service, etc: